**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Jeffery P. Hopkins
United States Bankruptcy Judge

**Dated: April 12, 2011**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-17376 |
| JOHN W. HALL, SR.<br>PEGGY E. HALL | CHAPTER 7 |
| | JUDGE JEFFERY P. HOPKINS |
| DEBTORS | ORDER GRANTING MOTION FOR<br>RELIEF FROM STAY<br>(DOCUMENT #43)<br>(Real property located at<br>**86 NAPOLEON LANE,**<br>**FRANKLIN FURNACE, OHIO 45629**) |

This matter came on to be considered on the Motion for Relief from Stay (the "Motion") filed by U.S. Bank, N.A. (the "Movant") at Docket No. 43.

Movant has alleged that good cause exists for granting the Motion and that the Debtor, Counsel for Debtor(s), the Trustee, and all other necessary parties were served with this Motion. No party filed a response to the Motion.

Based on this, it appears appropriate to grant the relief requested.

IT IS, THEREFORE, ORDERED:

The Motion is granted and the automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns to proceed in state court as to its Collateral or to otherwise ENFORCE its lien rights in the Collateral, known **as 86 NAPOLEON LANE, FRANKLIN FURNACE, OHIO 45629.**

**IT IS SO ORDERED.**

SUBMITTED BY:

LAURITO & LAURITO LLC

/s/ Erin M. Laurito
_____
Jeffrey V Laurito (0014652)
Erin M. Laurito (0075531)
7550 Paragon Road
Dayton, OH 45459
Phone 937-743-4878
Fax 937-743-4877
Attorneys for Movant
jsummers@lauritolaw.com

COPIES TO:

Default List

###